UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MATHEWS,<br><br>  Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>et al.,<br><br>  Defendants. | No. 3:06-cv-01634-CRB<br><br>ORDER GRANTING PARTIES'<br>DISMISSAL WITHOUT PREJUDICE<br>OF DEFENDANT GENERAL<br>ELECTRIC COMPANY |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 1 8 2013

By: _____
Charles R. Breyer
United States District Judge

---

1

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555